AO 442 (Rev 01/09) Arrest Warrant

10235034

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-cr-00083 |
|  | ) Assigned to: Judge Kollar-Kotelly, Colleen |
| AVERY BOST | ) Assign Date: 8/4/2022 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
| Defendant | ) Related Case No: 22-cr-00083 (CKK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AVERY BOST,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)(vii) - (Conspiracy to Distribute and Possess with Intent to Distribute Over 100 Kilograms of Marijuana

Date: 08/04/2022

*Robin M. Meriweather*
*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/04/2022, and the person was arrested on *(date)* 08/08/2022
at *(city and state)* Washington DC.

Date: 08/08/2022

*Arresting officer's signature*

Michael Tantillo  DUSM
*Printed name and title*